No. 22-1735

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

REYNA ANGELINA ORTIZ (Legal Name Raymond Ortiz),
KEISHA ALLEN (Legal Name Wayne Allen), AMARI GARZA (Legal Name Armando Garza), HEAVEN EDWARDS (Legal Name Patrick Edwards),
EISHA LATRICE LOVE (Legal Name Darveris Lamar Love), SHAMIKA LOPEZ CLAY (Legal Name Marcus Clay), SAVANNAH JOSEPHINE FRAZIER (Legal Name Tony Willis) and KAMORA LOVELACE (Legal Name Latuan Walker),

*Plaintiffs-Appellants,*

v.

KIMBERLY M. FOXX, not personally but solely in her capacity as Cook County State's Attorney, TIMOTHY C. EVANS, not personally but solely in his capacity as the Chief Judge of the Circuit Court of Cook County, and SANJAY T. TAILOR, not personally but solely in his capacity as the Presiding Judge of the County Division of the Circuit Court of Cook County,

*Defendants-Appellees.*

---

Appeal from the United States District Court
For the Northern District of Illinois
Case No. 19 CV 02923
The Honorable John F. Kness, Judge Presiding

---

**PLAINTIFFS-APPELLANTS UNOPPOSED
MOTION TO POSTPONE ORAL ARGUMENT**

---

Gregory E. Ostfeld
Brian D. Straw
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, Illinois 60601
(312) 456-8400
ostfeldg@gtlaw.com
strawb@gtlaw.com

*Attorneys for Plaintiffs-Appellants*

Plaintiffs-Appellants Reyna Angelina Ortiz (legal name Raymond Ortiz), Keisha Allen (legal name Wayne Allen), Amari Garza (legal name Armando Garza), Heaven Edwards (legal name Patrick Edwards), Eisha Latrice Love (legal name Darveris Lamar Love), Shamika Lopez Clay (legal name Marcus Clay), Savannah Josephine Frazier (legal name Tony Willis) and Kamora Lovelace (legal name Latuan Walker) (collectively, "Plaintiffs"), by their attorneys, Greenberg Traurig, LLP, move this Court pursuant to Fed. R. App. P. 34(b) and Cir. R. 34(e), to postpone oral argument in light of Illinois General Assembly Bill HB2542 (the "Pending Bill"), currently pending before Governor J. B. Pritzker (the "Governor") for signature. If the Governor signs the Pending Bill, this appeal will be rendered moot and Plaintiffs will voluntarily dismiss their appeal. If the Governor does not sign the Pending Bill, Plaintiffs would like to proceed with oral argument.

In support of their motion, Plaintiffs state as follows.

1. Oral argument in this matter is set for Thursday, February 23, 2023, at 9:30 a.m. (Dkt. No. 58-1).

2. Plaintiffs commenced this case before the Northern District of Illinois under 42 U.S.C. § 1983 ("Section 1983") to redress violations of their constitutional rights resulting from enforcement of restrictions in the current codification of the Illinois Name Change Statute, 735 ILCS 5/21-101 et seq. (the "Statute"), by Defendants-Appellees Circuit Court of Cook County's Chief Judge Timothy C. Evans, Presiding Judge Sharon M. Sullivan, and Cook County State's Attorney Kimberly M. Foxx, acting in their official capacities (collectively "Defendants"). Plaintiffs' lawsuit principally contested two provisions of the Statute—the ten-year restriction on name changes to individuals convicted of felonies and the lifetime name-change ban on individuals convicted of identity theft and various sex offenses, as applied to Plaintiffs.

3. The District Court dismissed Plaintiffs' Complaint on March 31, 2022 for lack of jurisdiction [ECF No. 64] (the "Judgment"). Plaintiffs appealed on the bases that the District Court erred in holding (1) it lacked jurisdiction to decide Plaintiffs' federal constitutional challenges to the Statute, and (2) Plaintiffs lacked Article III standing to challenge the Statute. Plaintiffs' appeal focuses principally on the ministerial nature of the judiciary's role in enforcing the Statute as currently codified.

4. On January 10, 2023, the Illinois General Assembly passed the Pending Bill, which would amend the Statute, in pertinent part, by (1) removing the lifetime ban against individuals convicted of identity theft or sex crimes from seeking to change their legal name for the purpose of comporting with their gender identity, and (2) removing the ten-year waiting period for individuals convicted of felonies who seek to change their legal name for the purpose of comporting with their gender identity. Accordingly, enactment of the Pending Bill would materially change the legal restrictions giving rise to this lawsuit, rendering Plaintiffs' existing claims moot.

5. The General Assembly sent the Pending Bill to the Governor for signature into law on February 7, 2023. The Governor has sixty (60) days, or up to and including April 8, 2023, to sign, ignore, or veto the Pending Bill. If the Pending Bill is enacted into law, Plaintiffs believe the effect will be to moot this appeal in full, resulting in Plaintiffs' voluntary dismissal of the suit.

6. Under these extraordinary circumstances, Plaintiffs request the Court postpone oral argument by at least sixty (60) days, to allow sufficient time for the Governor to sign, ignore, or veto the Pending Bill. Should the Pending Bill be enacted into law, Plaintiffs will voluntarily dismiss this appeal. Should the Pending Bill not be enacted into law, Plaintiffs request that oral argument proceed.

WHEREFORE, for the reasons set forth herein, Plaintiffs respectfully request that this Court enter an order postponing the oral argument currently set for February 23, 2023 by at least sixty (60) days, and granting such other and further relief as the Court deems necessary and appropriate.

Dated: February 10, 2023            Respectfully submitted,

/s/ *Gregory E. Ostfeld*
   Gregory E. Ostfeld

Gregory E. Ostfeld
Brian D. Straw
GREENBERG TRAURIG, LLP
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
(312) 456-8400 (Telephone)
(312) 456-8435 (Facsimile)
ostfeldg@gtlaw.com
strawb@gtlaw.com

## CERTIFICATE OF COMPLIANCE

I, Gregory E. Ostfeld, certify that:

 1. This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because, excluding the caption and signature block, this motion contains 640 words.

 2. This brief complies with the typeface requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5), and the type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(6), and Circuit Rule 32(b) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word 365 in size 12-point Times New Roman font.

Dated: February 10, 2023        Respectfully submitted,

                 GREENBERG TRAURIG, LLP

                 /s/ *Gregory E. Ostfeld*
                 Gregory E. Ostfeld
                 *Attorneys for Plaintiffs-Appellants*

ACTIVE 685197913v3

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I certify that all participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Dated: February 10, 2023

Respectfully submitted,

GREENBERG TRAURIG, LLP

*/s/ Gregory E. Ostfeld*
Gregory E. Ostfeld
*Attorneys for Plaintiffs-Appellants*