# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 10, 2023

*By the Court:*

| | |
|---|---|
| No. 22-1735 | REYNA ANGELINA ORTIZ, et al.,<br>Plaintiffs - Appellants<br><br>v.<br><br>KIMBERLY M. FOXX, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:19-cv-02923<br>Northern District of Illinois, Eastern Division<br>District Judge John F. Kness | |

Upon consideration of the **PLAINTIFFS-APPELLANTS UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT**, filed on February 10, 2023, by counsel for the appellants,

**IT IS ORDERED** that the motion is **GRANTED**, and oral argument in this appeal, scheduled for February 23, 2023, is **VACATED**.

**IT IS FURTHER ORDERED** that the appellants shall file a status report or motion for voluntary dismissal within ten days of Governor Pritzker signing Illinois General Assembly Bill HB2542, or by April 19, 2023.

form name: **c7_Order_BTC**     (form ID: **178**)